SHAHMOON INDUSTRIES, INC., PLAINTIFF-PETITIONER, v. DEPARTMENT OF HEALTH. STATE OF NEW JERSEY, DEFENDANT-RESPONDENT.

See same case below : 93 *N. J. Super.* 272.

*Messrs. Kaufman, Kaufman & Kaufman* and *Mr. Howard Spear* for the petitioner.

*Mr. Arthur J. Sills* and *Mr. Theodore A. Schwartz* for the respondent.

April 18, 1967. Denied.

LOUISE D. SHUGARD ESTATE, OR McCRORY CORP., PETITIONER-PETITIONER, v. CITY OF NEWARK, DEFENDANT-RESPONDENT.

*Messrs. Van Riper & Belmont, Mr. Charles E. Villanueva* and *Mr. Selick J. Mindes* for the petitioner.

*Mr. Norman N. Schiff* and *Mr. Saul A. Wolfe* for the respondent.

April 18, 1967. Denied.

FRED JACKSON, JR., PLAINTIFF-PETITIONER, v. VICTOR SCHELEGIN, *ET AL.*, DEFENDANTS-RESPONDENTS

*Messrs. Marcus & Levy* and *Mr. John Selawsky* for the petitioner.

*Messrs. Gaffey, Webb & McDermott* for the respondents.

April 18, 1967. Denied.